UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JOE JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV415-083 |
| | ) | |
| TREMRON JACKSONVILLE, L.C., | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The Court having reviewed and considered the petitions of C. Todd Van Dyke and Erin J. Krinsky of the law firm of Jackson Lewis P.C., 1155 Peachtree Street, N.E., Suite 1000, Atlanta, Georgia 30309, for permission to appear pro hac vice on behalf of defendant Tremron Jacksonville, L.C., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter C. Todd Van Dyke and Erin J. Krinsky as counsel of record for defendant Tremron Jacksonville, L.C., in this case.

**SO ORDERED** this __14th__ day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA